THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Amber Portwood, Appellant.
 
 
 

Appeal From Lexington County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2012-UP-121   
 Submitted February 1, 2012  Filed
February 29, 2012

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz,
 III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J.
 Zelenka, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Amber Portwood appeals her convictions
 for felony driving under the influence, resulting in death; reckless homicide;
 and unlawful possession of Xanax, arguing the trial court erred by refusing to
 instruct the jury on the lesser-related offense of involuntary manslaughter.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
APPEAL
 DISMISSED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.